UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHANIE SIMMONS,

    Plaintiff,

vs.                                 Case No. 5:14-cv-438-Oc-39PRL

FLORIDA DEPARTMENT OF
CORRECTIONS AND LOWELL
CORRECTIONAL INSTITUTION,
YARITZA COLON a/k/a Y. COLON,
Senior Physician, Individually, ROBERT A.
DELP, Senior Physician, Individually, L.
DABIN, Senior Physician, Individually,
LUZ ROSARIO, Chief Health Officer,
Individually, WITCHNER BELIZAIRE,
Senior Physician, Individually, and PAGE
A. SMITH, Medical Executive Director,
Individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Stephanie Simmons, pursuant to Local Rule 3.08, provides notice to the Court that this case has settled by agreement between the parties and should be removed from the Court's May 9, 2016 trial docket.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Court, and served via e-mail service to: Frances E. Peirce, III, Esq. and Brian L. Wagner, Esq., at MATEER & HARBERT, P.A., Attorneys for Defendants, PAGE A. SMITH and WITCHNER BELIZAIRE at Ocalapleadings@mateerharbert.com and schavez@mateerharbert.com; this __28__ day of April, 2016.

                                      THE CANNON LAW FIRM, P.A.

                                      _____
                                      Craig J. Cannon, Esq.
                                      Florida Bar No. 0932360
                                      1274 E. Silver Springs Boulevard
                                      Ocala, FL 34470
                                      (352) 369-0529 telephone
                                      (352) 369-9304 facsimile
                                      Service e-mail:
                                      cannonservice@thecannonlawfirm.com
                                      Attorney for Plaintiff