UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHANIE SIMMONS,

          Plaintiff,

vs.                                       CASE NO:   5:14-cv-438-Oc-39PRL

FLORIDA DEPARTMENT OF
CORRECTIONS, and LOWELL
CORRECTIONAL INSTITUTION,
YARITZA COLON, Senior Physician,
Individually, ROBERT A. DELP, Senior
Physician, Individually, L. DABIN, Senior
Physician, Individually, LUZ ROSARIO,
Chief Health Officer, Individually,
WITCHNER BELIZAIRE, Senior Physician,
Individually, and PAGE A. SMITH, Medical
Executive Director, Individually,

          Defendants.
_____/

**AGREED MOTION FOR ENTRY OF FINAL JUDGMENT**

      Defendants, FLORIDA DEPARTMENT OF CORRECTIONS, YADIRMA COLON and LUZ ROSARIO, (hereinafter referred to as "Defendants"), pursuant to Federal Rule of Civil Procedure 58, respectfully move the Court for entry of Final Judgment against Plaintiff, (hereinafter referred to as "Plaintiff" or "Simmons") in accordance with this Court's Order dated April 20, 2016.  In support thereof Defendants state as follows:

1

1. On or about December 28, 2015, Defendants FLORIDA DEPARTMENT OF CORRECTIONS, YADIRMA COLON, M.D., and LUZ ROSARIO, M.D. filed a Dispositive Motion for Summary Judgment requesting the Court to enter judgment in favor of Defendants FLORIDA DEPARTMENT OF CORRECTIONS, YADIRMA COLON, M.D., and LUZ ROSARIO, M.D. and against Plaintiff. (DOC 83)

2. On or about April 20, 2016, the Court granted Defendants' FLORIDA DEPARTMENT OF CORRECTIONS, YADIRMA COLON, M.D., and LUZ ROSARIO, M.D.'s Dispositive Motion for Summary Judgment. (DOC 105)

3. Defendants, FLORIDA DEPARTMENT OF CORRECTIONS, YADIRMA COLON, M.D., and LUZ ROSARIO, M.D., request that Final Judgment be entered in their favor pursuant to this Court's Order of April 20, 2016. (DOC 105)

WHEREFORE, FLORIDA DEPARTMENT OF CORRECTIONS, YARITZA COLON, M.D., and LUZ ROSARIO, M.D., request this Court enter Final Judgment pursuant to its Order on Defendants' Dispositive Motion for Summary Judgment.

## Rule 3.01(g) Certificate

Counsel for Defendants has conferred with counsel for Plaintiff and is authorized to represent that counsel for Plaintiff does not object to this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail on this 28th day of April, 2016, upon: to Craig J. Cannon, Esquire, The Cannon Law Firm, P.A., Attorney for Plaintiff, 1274 East Silver Springs Boulevard, Ocala, Florida 34470, cannonservice@thecannonlawfirm.com.

/s/ Francis E. Pierce, III
FRANCIS E. PIERCE, III, ESQ.
Florida Bar Number 0270921
BRIAN L. WAGNER
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016
litpleadings@mateerharbert.com
bwagner@mateerharbert.com
*Attorneys for Defendants, Florida Department of Corrections, Yadirma Colon, Luz Rosario, Witchner Belizaire, and Page A. Smith*

4832-5183-2880, v.  1