UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STEPHANIE SIMMONS,

               Plaintiff,

vs.                                  CASE NO:   5:14-cv-438-Oc-39PRL

FLORIDA DEPARTMENT OF
CORRECTIONS, and LOWELL
CORRECTIONAL INSTITUTION,
YARITZA COLON, Senior Physician,
Individually, ROBERT A. DELP, Senior
Physician, Individually, L. DABIN, Senior
Physician, Individually, LUZ ROSARIO,
Chief Health Officer, Individually,
WITCHNER BELIZAIRE, Senior Physician,
Individually, and PAGE A. SMITH, Medical
Executive Director, Individually,

               Defendants.
_____/

## AGREED MOTION FOR RELIEF FROM ORDER

Defendants, WITCHNER BELIZAIRE and PAGE A. SMITH, pursuant to Rule 60(b), Fed.R.Civ.Pro., respectfully move the Court for relief from the Court's Order of May 6, 2016, effective July 11, 2016, and as grounds therefor would show:

    1.    In a series of Orders, Docs. 42, 105 and 111, Plaintiff's claims have been dismissed and/or Final Judgment was entered in favor of all Defendants other than Defendants, WITCHNER BELIZAIRE and PAGE A. SMITH.

2. On April 28, 2016, Plaintiff served and filed a Notice of Settlement with the remaining Defendants, WITCHNER BELIZAIRE and PAGE A. SMITH. See Doc. 109.

3. On May 6, 2016, this Court entered an Order administratively closing this file and dismissing this case without prejudice effective on July 11, 2016, if the Parties had not submitted a joint stipulation form of Final Order or Judgment by July 11, 2016. See Doc. 112. It is this Order from which the Parties seek relief pursuant to Rule 60(b)(1).

4. No party will be prejudiced by the Court granting the requested relief.

5. Less than two months has elapsed since the effective date of the Final Order, July 11, 2016. Other than the proceedings associated with this Motion, there will be no impact on judicial proceedings.

6. Due to the complexities of this settlement, including Plaintiff determining the method by which she was to receive the settlement proceeds (whether through a trust, guardianship, power of attorney or other method) and completing the appropriate documentation, an extended amount of time passed and the parties inadvertently did not file the proper stipulated form of Final Order or Judgment.

7. Defendants have acted in good faith during the pendency of these proceedings and settlement negotiations.

WHEREFORE, Defendants, WITCHNER BELIZAIRE and PAGE A. SMITH, respectfully request the Court grant relief from the Court's Order of May 6, 2016 (Doc. 112), re-open the case for the purpose of entering a Final Order of Dismissal with Prejudice and for such other relief as the Court deems proper.

### Rule 3.01(g) Certificate

Counsel for Defendants has conferred with counsel for Plaintiff and is authorized to represent that counsel for Plaintiff does not object to this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail on this 1st day of September, 2016, upon: to Craig J. Cannon, Esquire, The Cannon Law Firm, P.A., Attorney for Plaintiff, 1274 East Silver Springs Boulevard, Ocala, Florida 34470, cannonservice@thecannonlawfirm.com.

/s/ Francis E. Pierce, III
FRANCIS E. PIERCE, III, ESQ.
Florida Bar Number 0270921
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
litpleadings@mateerharbert.com
*Attorneys for Defendants Witchner Belizaire and Page A. Smith*

4828-7960-1207, v. 1